UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:98-CR-37-13-F

WILLIE JEROME McRAE,                    )
            Movant,                     )
                                        )
      v.                                )            O R D E R
                                        )
UNITED STATES OF AMERICA,               )
            Respondent.                 )


Willie Jerome McRae's "Motion Pursuant to Fed. R. Civ. P. 60(b)(5) (6) to Vacate the

Judgment for Re-Sentence" [DE-770] is DENIED. The court has carefully reviewed McRae's

Motion and the exhibits that accompany it, and concludes that McRae states no claim upon

which relief from his sentence may be granted.

      SO ORDERED.

      This, the 3rd day of October, 2011.

                                        _James C. Fox_____
                                        JAMES C. FOX
                                        Senior United States District Judge